UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIA MAXWELL, Individually and as Next
Friend of Takia Durrett, a minor, and
BRYAN ROSS, a minor,
    Plaintiffs,

vs                                              Case No.08-11326

D ARREN DODD and FIVE UNKNOWN AGENTS
OF THE UNITED STATES SECRET SERVICE      Hon. Patrick J. Duggan
AND OFFICER A. ROESKE and SGT. SMITH
OF THE STERLING HEIGHTS POLICE
DEPARTMENT,
    Defendants.
_____/

## **ORDER FOR APPOINTMENT OF NEXT FRIEND**

    After reading the Petition of Kia Maxwell requesting that she be appointed Takia Durrett and Bryan Ross's Next Friend, and the court being fully advised in the premises;

    IT IS HEREBY ORDERED that Kia Maxwell be appointed Next Friend of Takia Durrett and Bryan Ross in this matter.

                                       s/Patrick J. Duggan
                                       Patrick J. Duggan
                                       United States District Judge

Dated: April 8, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 8, 2008, by electronic and/or ordinary mail.

                                       s/Marilyn Orem
                                       Case Manager