

**STIPULATED ORDER OF DISMISSAL OF ALL CLAIMS AGAINST OFFICER A. ROESKE AND SERGEANT SMITH OF THE STERLING HEIGHTS POLICE DEPARTMENT**