UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIA MAXWELL, Individually and as Next
Friend of Takia Durrett, a minor, and
Bryan Ross, a minor,

    Plaintiff,

vs                                                   Case No. 2:08-cv-11326

DARREN DODD and FIVE UNKNOWN AGENTS
OF THE UNITED STATES SECRET SERVICE      Hon. Patrick J. Duggan
A/K/A JOHN DOE and OFFICER A. ROESKE
and SGT. SMITHOF THE STERLING HEIGHTS
POLICE DEPARTMENT,

    Defendants.
_____/

| REX A. BURGESS, PLC | O'REILLY RANCILIO PC |
|---|---|
| Attorneys for Plaintiff | Attorneys for Defendants Roeske and Smith |
| By:    Rex A. Burgess, P42779 | By:  Donald P. DeNault, Jr., P55788 |
|         Heidi T. Sharp, P69641 | 12900 Hall Road, Suite 350 |
| 15985 Canal Road | Sterling Heights, MI 48313 |
| Clinton Township, MI 48038 | 586-726-1000 |
| 586-226-2627 | |

William L. Woodward, P27404
Assistant United States Attorney
Attorney for Defendant Darren Dodd
W Fort Street, Suite 2001
Detroit MI 48226
313-2269786
William.woodard@usdoj.gov

_____/

**STIPULATED ORDER OF DISMISSAL OF ALL CLAIMS AGAINST
OFFICER A. ROESKE AND SERGEANT SMITH OF THE
STERLING HEIGHTS POLICE DEPARTMENT**

This matter having been stipulated to by counsel for all parties and the Court being otherwise fully advised in the premises;

IT IS ORDERED that Plaintiff's claims filed against Defendants Roeske and Smith under 42 USC § 1983 in their official capacity, Count III of Plaintiff's amended Complaint referring to the Fourteenth Amendment of the United States Constitution, and the State of Michigan claims IV-VII are dismissed against Defendants Roeske and Smith without prejudice.

Dated: October 27, 2008　　　　　　　　　　　　　　s/PATRICK J. DUGGAN
　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge

Approved for entry:

 s/ Rex A. Burgess
Rex A. Burgess, P42779
Attorney for Plaintiff

 w/ consent of Donald P. DeNault, Jr.
Donald P. DeNault, Jr., P55788
Attorney for Defendants Roeske and Smith