UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMENDED
ORDER ESTABLISHING TRIAL DOCKET FOR THE MONTHS OF NOVEMBER AND DECEMBER, 2009, BEFORE THE HONORABLE PATRICK J. DUGGAN*

Listed below are the cases on this Court's trial docket for the months of November and December, 2009.  Counsel will be notified when their case reaches No. 5.  After such notice, counsel should be prepared to begin trial any time on **48 hours notice**.  It is counsel's responsibility in all cases after they have been so notified to contact my clerk, Marilyn Orem, at 234-5147, to ascertain the status of the trial docket.  Unless otherwise notified, this Court commences trial at 8:45 a.m.  PLEASE BE PROMPT!

1. 08-11326 MAXWELL V. DODD, ET.AL
2. 09-10525 TRUSTEES OF THE BRICKLAYERS PENSION TRUST FUND, ET.AL V. DESANTIS CONSTRUCTION CO.
3. 09-10832 ARNOLD V. CITIZENS FIRST BANCORP
4. 09-10347 HASSAN V. AUTOMATIC DATA PROCESSING
5. 09-11282 DANIEL V. ALLSTATE INSURANCE CO.
6. 07-10805 HUMPHRIES V. OAKLAND COUNTY ROAD COMMISSION
7. 08-14467 FLANAGAN V. STEWART, ET.AL
8. 08-14291 MILLS V. RODABAUGH, ET.AL
   09-10921
9. 08-14886 PENNSYLVANIA LIFE INSURANCE CO. V. CITY OF RIVER ROUGE
10. 09-11691 CLEVELAND V. QUEST DIAGNOSTICS


s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated:  October 1, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 1, 2009, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager

**\*PLEASE TAKE NOTICE THAT TRIAL WILL NOT BEGIN BEFORE THE FINAL PRETRIAL CONFERENCE DATE.**

**IF THERE IS A MOTION FOR SUMMARY JUDGMENT PENDING, FINAL PRETRIAL CONFERENCE WILL BE RESCHEDULED APPROXIMATELY 10 DAYS AFTER ANY DECISION ON SUCH MOTION.**