UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIA MAXWELL, Individually, and as Next
Friend of T.D., a minor, and B.R., a minor.

    Plaintiffs,

v.

DARREN DODD; A. ROESKE; SMITH;
JOHN DOE, five unknown agents of the
United States Secret Service; UNITED
STATES OF AMERICA; STERLING
HEIGHTS POLICE DEPARTMENT; JAY
DONALDSON; ROGER GONGOS;
MATTHEW GUNNARSON; JAMES
KNIGHT; GREGORY LASKI; DANIEL
LANGHOR; and JOSEPH SVESKA,

    Defendants.
_____/

Case No. 08-11326

Honorable Patrick J. Duggan

## ORDER

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on October 5, 2009.

    PRESENT:    THE HONORABLE PATRICK J. DUGGAN
                       U.S. DISTRICT COURT JUDGE

This action arises from the arrest of Bryan Ross at the home of Kia Maxwell, T.D., and B.R. (collectively "Plaintiffs") on October 18, 2007, and the subsequent search of Plaintiffs' home. In their second amended complaint, Plaintiffs alleged that United States Secret Service Agents Darren Dodd, Roger Gongos, Matthew Gunnarson, James Knight, Gregory

Laski, and Daniel Langhor (collectively "Defendants")[1] violated their Fourth Amendment rights (Count I) and participated in a civil rights conspiracy (Count II). Presently before the Court is a Motion for Summary Judgment from Defendants, filed on July 17, 2009. The motion has been fully briefed and the Court held oral argument on October 1, 2009. For the reasons set forth on the record at that hearing,

**IT IS ORDERED THAT** Defendants' Motion for Summary Judgment is **GRANTED IN PART** as to the custody claims in Count I against defendants Gongos, Gunnarson, Laski, and Langhor.

**IT IS FURTHER ORDERED THAT** Defendants' Motion for Summary Judgment is **GRANTED IN PART** as to Count II against defendants Gongos, Gunnarson, Laski, and Langhor.

**IT IS FURTHER ORDERED THAT** Defendants' Motion for Summary Judgment is **DENIED IN PART** as to all other claims and defendants.

                                              s/PATRICK J. DUGGAN
                                              UNITED STATES DISTRICT JUDGE

Copies to:
Rex A. Burgess, Esq.
Heidi T. Sharp, Esq.
William L. Woodard, Esq.

---

[1] These are the only remaining defendants in this action.