AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __MICHIGAN__

KIA MAXWELL, ET.AL
Plaintiff

V.

DARREN DODD, ET.AL
Defendant

**JUDGMENT IN A CIVIL CASE**

Case Number: 08-11326

**X  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED
that the Plaintiff Kia Maxwell recover $500.00 as to defendant Dodd and $500.00 as to defendant Knight in compensatory damages and $2,000.00 as to defendant Dodd in punitive damages for a total of $3,000.00 and her costs of action.

IT IS FURTHER ORDERED that the plaintiff TD, a minor, take nothing and that the action be dismissed on the merits as to plaintiff TD, a minor.

| | |
|---|---|
| November 20, 2009 | DAVID J. WEAVER |
| Date | Clerk |
| | s/Marilyn Orem |
| | (By) Deputy Clerk |
| | s/Marilyn Orem |