UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIA MAXWELL, Individually, and as Next
Friend of T.D., a minor, and B.R., a minor.

    Plaintiffs,

v.

DARREN DODD; A. ROESKE; SMITH;
JOHN DOE, five unknown agents of the
United States Secret Service; UNITED
STATES OF AMERICA; STERLING
HEIGHTS POLICE DEPARTMENT; JAY
DONALDSON; ROGER GONGOS;
MATTHEW GUNNARSON; JAMES
KNIGHT; GREGORY LASKI; DANIEL
LANGHOR; and JOSEPH SVESKA,

    Defendants.
_____/

Case No. 08-11326

Honorable Patrick J. Duggan

## **AMENDED JUDGMENT**

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** that the Plaintiff Kia Maxwell recover $500.00 as to defendant Dodd and $500.00 as to defendant Knight in compensatory damages and $2,000.00 as to defendant Dodd in punitive damages for a total of $3,000.00.

**IT IS FURTHER ORDERED** that Plaintiff Kia Maxwell take nothing from

defendants Gongos and Laski and that the claims against them are dismissed on the merits.

**IT IS FURTHER ORDERED** that the plaintiff TD, a minor, take nothing and that the action be dismissed on the merits as to plaintiff TD, a minor.

**IT IS FURTHER ORDERED** that all claims by plaintiff BR, a minor, are dismissed on defendants' motion for directed verdict.

**IT IS FURTHER ORDERED** that all claims against defendant Gunnarson are dismissed on his motion for directed verdict.

**IT IS FURTHER ORDERED** that all costs to prevailing parties are **DENIED**.

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Date: April 21, 2010

copies to:
Rex A. Burgess, Esq.
Heidi T. Sharp, Esq.
Heidi J. Junttila, Esq.
William L. Woodward, Esq.